IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                              No.  4:25-MJ- 495

REBECCA MORGAN (01)

## WARRANT FOR ARREST

**TO:**        **The United States Marshal and**
              **Any Authorized Officer of the United States**

YOU ARE HEREBY COMMANDED to arrest **REBECCA MORGAN,** and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with Accessory After the Fact, in violation of **18 U.S.C. § 3.**

_____

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the __17th__ day of July 2025.

---

## RETURN

---

This warrant was received and executed with the arrest of the above-named defendant at _____ .

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |