# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| United States of America,<br>    Plaintiff<br><br>v.<br><br>Rebecca Morgan<br>    Defendant | §<br>§<br>§   No. 4:25-MJ-495-BJ<br>§<br>§<br>§<br>§ |

### Defendant's Response to the Government's Motion for a Protective Order

**TO THE HONORABLE: JEFFREY L. CURETON**

Defendant, Rebecca Morgan, by and through her counsel of record, Rose Romero, files this Response to the Government's Motion for a Protective Order and would state as follows:

Defendant Rebecca Morgan has no objections to the Government's Motion for a Protective Order filed on October 2, 2025, (ECF 12).

                                                Respectfully submitted,

                                                */s/ Rose L. Romero*

                                                Rose L. Romero
                                                235 N.E. Loop 820, Suite 105
                                                Hurst, Texas 76053
                                                682.267.1351 Office
                                                817.887.2288 facsimile
                                                Texas Bar No. 17224700
                                                Counsel for Rebecca Morgan

## Certificate of Service

I, Rose Romero, hereby certify that on October 6, 2025, a copy of the foregoing Response was delivered to counsel for the Government via the ECF filing system.

*/s/ Rose L. Romero*
Rose L. Romero