IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:25-CR-00282-P |
| Defendant | LYNETTE SHARP (5), sworn |
| Court Reporter | Debbie Saenz |
| Interpreter: | N/A |
| US Attorney: | Shawn Smith |
| Defense Attorney: | Erin Kelley |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | November 19, 2025 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the Information |
| | Deft TBS: March 12, 2026 |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | Julie Harwell |