ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-282-P |
| NATHAN BAUMANN (01) | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA AND ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, Nathan Baumann, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary guilty plea before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Judge, who retains final decision-making authority over the plea, and that sentencing will be conducted by the District Judge.

DATE SIGNED: 11-10-25

*Acquiescence in Consent*:

_____
Attorney for Defendant  Ben Florey

*Consent*:

_____
Defendant

### ORDER

I, the United States Magistrate Judge for the Northern District of Texas, find that the Defendant knowingly and voluntarily waives his right to enter a guilty plea before the United States District Judge and that he has consented to proceeding with his plea of guilty before me.

SIGNED and ENTERED on this 19th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE