ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:25-CR-282-P |
| NATHAN BAUMANN (01) | |

## WAIVER OF INDICTMENT

I, Nathan Baumann, the above-named defendant, who is accused of providing material support to terrorists in violation of 18 U.S.C. § 2339A, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
NATHAN BAUMANN
Defendant

_____
BEN FLOREY JR.
Attorney for Defendant