IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

REBECCA MORGAN (01)

Criminal No. 4:25-CR-282-P

## WAIVER OF INDICTMENT

I, Rebecca Morgan, the above-named defendant, who is accused of providing material support to terrorists in violation of 18 U.S.C. § 2339A, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
REBECCA MORGAN
Defendant

_____
ROSE ROMERO
Attorney for Defendant