IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:25-CR-282-P |
| | § | |
| SUSAN KENT | § | |
| | § | |

## DEFENDANT'S OPPOSED MOTION TO CONTINUE SENTENCING HEARING

TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:

COMES NOW, the Defendant Susan Kent by and through the undersigned counsel of record, and hereby moves the Honorable Court for an Unopposed Motion to Continue Sentencing, and, in support thereof, would respectfully show the Court the following:

### I.

On November 24, 2025, Ms. Kent pled guilty a one-count information alleging violation of 18 U.S.C. § 2339A, that is, Providing Material Support to Terrorists.

Sentencing is set for **July 1, 2026**, (ECF No. 183).

1

## II.

Counsel for Ms. Kent requests a brief continuance of the sentencing deadlines and sentencing hearing because Counsel is scheduled for a prepaid and preplanned trip from June 26, 2026, through July 5, 2026.  She requests a one-week continuance or another date convenient for the Court.

Counsel has the following conflicts over the next 30 days:

1.  June 23, 2026, Sentencing USA v. Franco 3:24-CR-206-E.

2.  July 9, 2026, Sentencing USA v. Britton 3:24-CR-68-B.

3.  July 29, 2026, Personal Conflict.

4.  August 7, 2026, Pretrial Conference USA v. Sultan 4:25-CR-37-ALM.

## III.

The defense certifies that this request is not due to a lack of due diligence by defense counsel, nor is this request made for the purpose of unwarranted delay.    Rather, the need for additional time is necessary for effective preparation and for defense counsel to provide effective assistance of counsel to the Defendant.

## IV.

The defense respectfully requests that the Court grant a continuance of the defendant's sentencing for one-week or a date convenient for the Court. Defense counsel conferred this motion with Assistant United States Attorney, Shawn Smith, and he advised that the Government is opposed to this

continuance motion, but is not opposed to Counsel's late filing of any sentencing related documents.

FOR THE ABOVE REASONS, Defendant Susan Kent respectfully asks that this motion for continuance of sentencing and sentencing deadlines be granted.

Respectfully submitted,

/s/ Kara L. Carreras
Kara L. Carreras
Texas Bar No.  24028942
The Carreras Law Group, P.C.
604 E. 4th St.  Ste 101
Fort Worth Texas 76102
(817) 795-9956
kara@fortworthdefense.com

## CERTIFICATE OF CONFERENCE

On June 10, 2026, Counsel certifies that she spoke with Assistant United States Attorney, Shawn Smith, and he is opposed to the granting of this motion.  The government is not opposed to any late filing of sentencing related documents.

/s/Kara L. Carreras
Kara L. Carreras

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Defendant's Unopposed Motion to Continue was electronically filed with the clerk of Court for the United States District Court,

3

Northern District and notice provided to Assistant United States Attorney, via email and ECF.

/s/Kara L. Carreras
Kara L. Carreras